UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>　　　　Defendant. | 5:24-CV-05077-RAL<br><br>ORDER TO ADMIT NONRESIDENT ATTORNEY RICHARD MIN |

Kimberly R. Kinney moves to allow nonresident attorney, Richard Min, to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing, it is hereby

ORDERED that Richard Min:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Local Rules of Practice for the United States District Court for the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

DATED this 17th day of October, 2024.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　CHIEF JUDGE