UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
DIVISION

Simon Zaidman , )
)
)
Plaintiff )
)
vs. )
)
)
Molly Penton-Zaidman , )
)
)
Defendant. )

CIV 24-5077

**MOTION FOR ADMISSION
PRO HAC VICE**

### Statement of Movant

I, Eric M. Schlimgen , an active member of the Bar of the U.S. District Court

for the District of South Dakota, request that this Court admit pro hac vice Nicholas Traylor

who will be counsel for the ☐ plaintiff(s) ☑ defendant(s) Molly Penton-Zaidman in the

case listed above. I have confirmed that Nicholas Traylor is a member in good

standing of the U.S. District Court for the District of Texas - Southern District , where

Nicholas Traylor 's principal practice is located. I am aware of D.S.D. Civ. LR. 83.2 (E)

regarding the appearance of attorneys pro hac vice.

October 23rd, 2024
Date

Signature

### Statement of Proposed Admittee

I, Nicholas Traylor , am currently a member in good standing of the U.S.

District Court for the District of Texas - Southern District . I am also a member in good standing

of the highest court of the state of <u>Texas - Southern District</u>, where my principal practice is located, but am not admitted to the South Dakota Bar. I am aware of D.S.D. Civ. LR 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Nicholas Traylor |
| Primary E-mail Address: | eservicent@dalefamilylaw.com |
| Other E-mail Address to be notified: | ntraylor@dalefamilylaw.com |
| | |
| | |
| Telephone Number: | 713-600-1717 |
| Fax Number: | 713-600-1718 |
| Firm    Name: | Laura Dale & Associates, P.C. |
| Firm Address: | 1800 St. James Place, Suite 620 |
| | Houston, Texas 77056 |
| Bar Admission Number: | Texas State Bar No. 24093278 |

D.S.D. Civ. LR 83.2 (E). requires disclosure of any prior or pending disciplinary actions from those attorneys seeking admission pro hac vice. Please list any and all such disciplinary actions.

NONE

· I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov

· I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

· This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.

· For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

| 10/23/2024 | Nicholas Traylor | |
| --- | --- | --- |
| Date | Type/Print Name | Signature |