UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>                    Defendant. | 5:24-CV-05077-RAL<br><br>ORDER TO ADMIT NONRESIDENT ATTORNEY NICHOLAS TRAYLOR |

Eric M. Schlimgen moves to allow nonresident attorney, Nicholas Traylor, to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing, it is hereby

ORDERED that Nicholas Traylor:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Local Rules of Practice for the United States District Court for the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

DATED this 30th day of October, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE