UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>Respondent. | 5:24-CV-05077-RAL<br><br>STIPULATED PRELIMINARY INJUNCTION ORDER |

This Court entered a temporary restraining order upon a Verified Petition for Return of the Children to Mexico filed by the Petitioner, Simon Zaidman, against the Respondent, Molly Penton-Zaidman, under the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act. This Court set a hearing for November 6 and 7, 2024, to hear evidence on a possible preliminary injunction or decision on the merits. Petitioner and Respondent now have consented to a Stipulated Preliminary Injunction Order. Doc. 15. For good cause, it is

ORDERED that both Petitioner and Respondent are prohibited from removing C.Z. and M.Z. (collectively the "Children") or causing the Children to be removed from the jurisdiction of this Court, pending final disposition of the above-referenced Petition. It is further

ORDERED that Petitioner shall surrender the Children's Austrian passports to the Court upon arrival in the United States; these passports shall be returned to Petitioner at the conclusion

of the Hague proceeding. The Children's U.S. passports shall likewise be returned to Respondent at the conclusion of the Hague proceeding. It is further

ORDERED that the two-day evidentiary hearing currently set for November 6, 2024, is postponed to and shall now be a three-day evidentiary hearing on the Petition to be held on February 3, 2025, February 4, 2025, and February 5, 2025, at the Rapid City U.S. Courthouse. It is further

ORDERED that the parties, through their counsel of record, shall confer regarding initial disclosures and a proposed discovery plan, as required by Federal Rule of Civil Procedure 26(f). If the parties cannot agree to such a discovery plan, they shall promptly contact this Court in a joint filing setting forth what they agree upon and what they disagree upon for a discovery plan.

DATED this 31st day of October, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE