UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>                Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>                Respondent. | 5:24-CV-05077-RAL<br><br>STIPULATED PRETRIAL<br>SCHEDULING ORDER |

Before the Court is the Verified Petition for Return of the Children to Mexico (the "Petition") filed by the Petitioner, Simon Zaidman (the "Petitioner"), against the Respondent, Molly Penton-Zaidman (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1]. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED,** that the parties shall serve their Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) no later than November 27, 2024; and it is further

2. **ORDERED,** that the parties serve discovery demands no later than December 3, 2024, with initial discovery responses no later than January 9, 2025; and it is further

3. **ORDERED,** that the parties shall exchange Initial Expert Disclosures no later than December 10, 2024; and it is further

4. **ORDERED,** that the parties shall provide full and complete Rebuttal Expert Reports no later than January 15, 2025; and it is further

5. **ORDERED,** that the Close of Fact Discovery shall be on January 16, 2025; and it is further

6. **ORDERED,** that the parties shall exchange Proposed Exhibits, Exhibit List and Witness list by January 22, 2025; and it is further

7. **ORDERED,** that the parties shall each file Pretrial Proposed Findings of Fact and Conclusions of Law by January 27, 2025; and it is further

8. **ORDERED,** that the parties shall each submit to the Court their Proposed Exhibits, Exhibit List and Witness list no later than January 27, 2025.

DATED at 10 : 10 this 26th day of November, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min
Richard Min
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: rmin@gkmrlaw.com

By: /s/ Ashley V. Tomlinson
Ashley V. Tomlinson

By: /s/ Kim Kinney

By: /s/ Eric M. Schlimgen

| | |
|---|---|
| Kim Kinney | Eric M. Schlimgen |
| Kinney Law, PC | Schlimgen Law Firm, LLC |
| 121 W. Hudson Street | 611 Dahl Rd, Suite 1 |
| Spearfish, South Dakota 57783 | Spearfish, SD 57783 |
| Telephone: (605) 865-8482 | Telephone: (605) 340-1340 |
| Email: kim@kinney-law.com | eric@chlimgenlawfirm.com |
| | |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| Simon Zaidman | Molly Penton-Zaidman |