UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>                Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>                Respondent. | 5:24-CV-05077-RAL<br><br><br>CONSENT ORDER |

Before the Court is the Verified Petition for Return of the Children to Mexico (the "Petition") filed by the Petitioner, Simon Zaidman (the "Petitioner"), against the Respondent, Molly Penton-Zaidman (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1]. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1.     **ORDERED,** that the Petitioner shall have custodial access to the children, M.Z. and C.Z. (the "Children"), from January 8, 2025, to January 12, 2025, at 8:00pm. (the "Custodial Access Period"); and it is further

2.     **ORDERED,** that Petitioner will pick up the Children at a mutually agreeable location in Spearfish on January 8, 2025; and it is further

3.     **ORDERED,** that Respondent will pick up the Children in Rapid City on Sunday, January 12, 2025, at 8:00pm; and it is further

4. **ORDERED,** that the Children will remain with the Petitioner for the duration of the Custodial Access Period; and it is further

5. **ORDERED,** that the Children will not be attending school on Thursday and Friday; and it is further

6. **ORDERED,** that the Children will have access to their shared phone throughout the Custodial Access Period to stay in touch with Respondent; and it is further

7. **ORDERED,** that the Petitioner will surrender the Children's Austrian passports to the Respondent on January 8, 2025 prior to taking possession of the Children, and the Respondent will return them to the Petitioner on January 12, 2025, at 8:00 PM during the Children's pickup.

DATED at __:__ this __ day of November, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min
Richard Min
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999

By: /s/ Ashley V. Tomlinson
Ashley V. Tomlinson

Email: rmin@gkmrlaw.com

| | |
|---|---|
| By: /s/ Kim Kinney | By: /s/ Eric M. Schlimgen |
| Kim Kinney | Eric M. Schlimgen |
| Kinney Law, PC | Schlimgen Law Firm, LLC |
| 121 W. Hudson Street | 611 Dahl Rd, Suite 1 |
| Spearfish, South Dakota 57783 | Spearfish, SD 57783 |
| Telephone: (605) 865-8482 | Telephone: (605) 340-1340 |
| Email: kim@kinney-law.com | eric@chlimgenlawfirm.com |
| | |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| Simon Zaidman | Molly Penton-Zaidman |