UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>     Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>     Respondent. | 5:24-CV-05077-RAL<br><br>JOINT MOTION FOR<br>CONTINUANCE OF TRIAL DATE |

## **JOINT MOTION FOR CONTINUANCE OF TRIAL DATE**

  Petitioner, SIMON ZAIDMAN, and Respondent, MOLLY PENTON-ZAIDMAN, hereby file this Joint Motion for Continuance of Trial Date and entry of a new scheduling order for the following reasons:

  1. This is a suit filed pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and its federal implementing statute, the International Child Abduction Remedies Act (ICARA).

  2. Trial is presently set in this matter on February 3 through February 5, 2025.

  3. The parties are mediating this matter and are nearing a final settlement to resolve all issues before this Court.

  4. The parties respectfully request a continuance of the trial date to allow the parties adequate time to resolve this matter and to also draft and execute a corresponding agreed order regarding custody of the children and financial matters to be filed in the appropriate state court.

5.  For these reasons, the parties agree to continue trial to a mutually agreeable date available before this Court and respectfully request the Court to grant this request for a continuance.

6.  The parties further request to vacate the Stipulated Pretrial Scheduling Order (ECF Doc. 19) ("Scheduling Order").  The current Scheduling Order sets forth an expedited discovery and pretrial disclosure schedule, with numerous discovery deadlines between the date of this motion and the current trial date.  The parties respectfully request to vacate the current Scheduling Order to allow them time to complete negotiations. The parties agree to enter into a new pretrial scheduling order based upon the new trial date.

For these reasons, the parties move for a continuance and to vacate the current scheduling order.

DATED January 9, 2025.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Richard Min | By: /s/ Ashley V. Tomlinson |
| Richard Min | Ashley V. Tomlinson |
| Green Kaminer Min & Rockmore LLP | Laura Dale & Associates, P.C. |
| 420 Lexington Avenue, Suite 2821 | 1800 Saint James Place, Suite 620 |
| New York, New York 10170 | Houston, Texas 77005 |
| Telephone: 212-681-6400 | Telephone: 713-600-1717 |
| Facsimile: 212-681-6999 | Facsimile: 713-600-1718 |
| Email: rmin@gkmrlaw.com | Email: atomlinson@dalefamilylaw.com |

| | |
|---|---|
| By: /s/ Kim Kinney | By: /s/ Eric M. Schlimgen |
| Kim Kinney | Eric M. Schlimgen |
| Kinney Law, PC | Schlimgen Law Firm, LLC |
| 121 W. Hudson Street | 611 Dahl Rd, Suite 1 |
| Spearfish, South Dakota 57783 | Spearfish, South Dakota 57783 |
| Telephone: (605) 865-8482 | Telephone: 605-340-1340 |
| Email: kim@kinney-law.com | Email: eric@schlimgenlawfirm.com |
| | |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| Simon Zaidman | Molly Penton-Zaidman |