UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>                Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>                Respondent. | 5:24-CV-05077-RAL<br><br>[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE TRIAL DATE |

## **ORDER**

Before the Court is the parties' joint motion to continue trial of the Verified Petition for Return of the Children to Mexico filed by the Petitioner, Simon Zaidman (the "Petitioner"), against the Respondent, Molly Penton-Zaidman (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA").

The Court finds that the parties are participating in mediation of this matter and believe they are nearing final resolution of all disputes before this Court. The Court further finds that this matter is currently set for trial on February 3-5, 2025, with expedited discovery and pretrial deadlines approaching, as set forth in the parties' Stipulated Joint Pretrial Scheduling Order (ECF Doc. 19) ("Scheduling Order").

Upon consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1.  **ORDERED**, that final trial of this matter shall be continued to mutually agreeable dates available before this Court.

2.  **ORDERED**, that the Scheduling Order is hereby vacated.

3.  **ORDERED**, that the parties shall enter into a new Scheduling Order based upon the new trial dates.

DATED at __ : __ this __ day of January, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| By: /s/ Richard Min | By: /s/ Ashley V. Tomlinson |
| Richard Min | Ashley V. Tomlinson |
| Green Kaminer Min & Rockmore LLP | Laura Dale & Associates, P.C. |
| 420 Lexington Avenue, Suite 2821 | 1800 Saint James Place, Suite 620 |
| New York, New York 10170 | Houston, Texas 77005 |
| Telephone: 212-681-6400 | Telephone: 713-600-1717 |
| Facsimile: 212-681-6999 | Facsimile: 713-600-1718 |
| Email: rmin@gkmrlaw.com | Email: atomlinson@dalefamilylaw.com |
| | |
| By: /s/ Kim Kinney | By: /s/ Eric M. Schlimgen |
| Kim Kinney | Eric M. Schlimgen |
| Kinney Law, PC | Schlimgen Law Firm, LLC |
| 121 W. Hudson Street | 611 Dahl Rd, Suite 1 |
| Spearfish, South Dakota 57783 | Spearfish, South Dakota 57783 |
| Telephone: (605) 865-8482 | Telephone: 605-340-1340 |
| Email: kim@kinney-law.com | Email: eric@schlimgenlawfirm.com |
| | |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| Simon Zaidman | Molly Penton-Zaidman |