UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>　　　　　　Defendant. | 5:24-CV-05077-RAL<br><br>ORDER RESCHEDULING TELEPHONIC STATUS HEARING |

After consultation with the parties, it is

ORDERED that the telephonic status hearing set for February 5, 2025, is rescheduled to February 6, 2025, at 1:00 p.m. Central Time.

DATED this 3rd day of February, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE