# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Lawrence L. Piersol United States District Judge Presiding

| Courtroom Deputy - MSB | Court Reporter – Cheryl Hook |
| Courtroom - SF #2 | Date – February 6, 2025 |

## 5:24-cv-5077-LLP

| | |
|---|---|
| SIMON ZAIDMAN | Kimberly Kinney |
| | Richard Min |
| Plaintiff, | |
| vs. | |
| MOLLY PENTON-ZAIDMAN | Eric Schlimgen |
| | Nicholas Traylor |
| | Ashley Tomlinson |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:00 PM

TIME:

1:02 PM     Enter remote status conference.

Discussion regarding the status and direction of the case.
Discussion regarding possible future hearing dates.

1:13PM     Court in recess.