# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

February 21, 2025

<u>**VIA ECF**</u>

Honorable Roberto A. Lange
United States District Court
District of South Dakota (Western Division)
Andrew W. Bogue Federal Building and United States Courthouse
515 Ninth Street
Rapid City, SD 57701

    Re:   *Zaidman v. Penton-Zaidman – Joint Status Letter re settlement*
             <u>Case No. 5:24-cv-05077-RAL</u>

Dear Judge Lange:

    This firm represents the Petitioner in the above captioned Hague Convention proceeding. We submit this joint letter with the consent of Respondent's counsel to update the Court regarding the parties' settlement discussions, pursuant to the Status Conference held before this Court on February 6, 2025 (Minute Entry, dated February 6, 2025).

    The parties have made good faith efforts to reach an amicable resolution in this matter. We hereby notify the Court that the parties are still working to finalize the terms of the settlement agreement in the above-referenced matter. Given that settlement discussions are still ongoing, we respectfully request that the Court maintain the status conference scheduled for March 5, 2025, until such time as the parties can confirm that a resolution has been reached.

    The parties will file a supplemental letter next week should there be any developments or changes.

                                                  Very truly yours,

                                                  /s/Richard Min
                                                  Richard Min
                                                  *Attorney for Petitioner*

cc:     All Counsel (by ECF)