# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Roberto A. Lange United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB | Court Reporter – Carla Dedula |
| Courtroom - SF #1 | Date – March 5, 2025 |

5:24-cv-5077-RAL

| | |
|---|---|
| SIMON ZAIDMAN | Kimberly Kinney |
| | Richard Min |
| Plaintiff, | |
| vs. | |
| MOLLY PENTON-ZAIDMAN | Eric Schlimgen |
| | Nicholas Traylor |
| | Ashley Tomlinson |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:00 PM

TIME:

1:02 PM        Enter remote status conference.

               Discussion regarding the status and direction of the case.

1:07 PM        Court in recess.