UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SIMON ZAIDMAN,<br><br>                       Petitioner,<br><br>vs.<br><br>MOLLY PENTON-ZAIDMAN,<br><br>                       Respondent. | 5:24-CV-05077-RAL<br><br>**STIPULATED DISMISSAL ORDER** |

      **WHEREAS**, before the Court is the Verified Petition for Return of the Children to Mexico (the "Petition") filed by the Petitioner, Simon Zaidman (the "Petitioner"), against the Respondent, Molly Penton-Zaidman (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") (ECF No. 1).

      **WHEREAS,** the Court finds that the parties participated in mediation of the dispute pending before this Court. The Court further finds that, with the advice of counsel, the parties have reached a final agreement resolving all issues presented to this Court.

      **WHEREAS,** the parties have filed a Post-Mediation Stipulation (the "Stipulation") in the Fourth Judicial Circuit Court of Lawrence County, South Dakota, that disposes of all issues related to the subject Children. The Stipulation has been adopted by order of the Fourth Judicial Circuit Court in case number 40DIV24-000020. A copy of the Stipulation is annexed hereto as **Exhibit A** and a copy of the South Dakota Order is annexed hereto as **Exhibit B.**

      **NOW,** upon consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED**, Petitioner's request for the return of the children to Mexico is **DISMISSED**; and it is further

2. **ORDERED**, that each party shall be responsible for their own fees and costs incurred in this matter.

DATED this 15th day of May, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min
Richard Min
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: rmin@gkmrlaw.com

By: /s/ Ashley V. Tomlinson
Ashley V. Tomlinson

By: /s/ Kim Kinney
Kim Kinney
Kinney Law, PC
121 W. Hudson Street
Spearfish, South Dakota 57783
Telephone: (605) 865-8482
Email: kim@kinney-law.com

By: /s/ Eric M. Schlimgen
Eric M. Schlimgen

*Attorneys for Petitioner*
Simon Zaidman

*Attorneys for Respondent*
Molly Penton-Zaidman